UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Gaelle Valbrun,**

    Plaintiff,

    v.

**Millikin University,**

    Defendant.

Case No. 2:24-cv-2012-CSB-EIL

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

It is hereby stipulated by and between the parties that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-entitled action is voluntarily dismissed without prejudice against defendant Millikin University with each party to bear their own costs.

*/s/ T. Andrew Horvat*
Horvat Law, LLC
Attorney for Gaelle Valbrun
155 N. Wacker Drive, Suite 4250
Chicago, IL 60606
312-803-4956
andrew@horvatlawllc.com
ARDC No. 6277684

*/s/ James T. Jackson*
Samuels, Miller, Schroeder, Jackson & Sly, LLP
Attorney for Millikin University
225 N. Water St., Suite 301
P. O. Box 1400
Decatur, IL 62525
217-429-4325
jjackson@samuelsmiller.com
ARDC# 6199154